UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STUART                    KAPLAN,
individually, and on behalf
of  all  others  similarly
situated,

      Plaintiff,

v.                                Case No: 2:16-cv-210-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

JOHN DICKMAN, individually,
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                Case No: 2:16-cv-218-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS,  INC.  and  21ST
CENTURY ONCOLOGY, INC.,

      Defendants.

_____

RONA  POLOVOY,  individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                Case No: 2:16-cv-219-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

JIM BIMONTE, individually
and on behalf of others
similarly situated and MARY
ANN RODRIGUEZ, individually
and on behalf of others
similarly situated,

       Plaintiffs,

v.                                     Case No: 2:16-cv-223-FtM-99MRM

21ST CENTURY ONCOLOGY, INC.,
21ST CENTURY ONCOLOGY, LLC,
21ST CENTURY ONCOLOGY
MANAGEMENT SERVICES, INC.,
21ST CENTURY ONCOLOGY
SERVICES, LLC, and 21ST
CENTURY ONCOLOGY HOLDINGS,
INC.,

       Defendants.

---

STACEY SCHWARTZ,
individually and on behalf
of themselves and others
similarly situated and
JUDITH CABRERA,
individually and on behalf
of themselves and others
similarly situated,

       Plaintiffs,

v.                                     Case No: 2:16-cv-241-FtM-99MRM

21ST CENTURY ONCOLOGY
HOLDINGS, INC.,

       Defendant.

---

ROBERT RUSSELL,
individually and on behalf
of all others similarly
situated,

          Plaintiff,

v.                                    Case No:  2:16-cv-242-FtM-29MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

          Defendant.

_____

FRANK            BABURCHAK,
individually  and  on  behalf
of   all   others   similarly
situated,   LANA   IZWORSKI,
individually  and  on  behalf
of   all   others   similarly
situated,   JEREMY   MILLER,
individually  and  on  behalf
of   all   others   similarly
situated,  KATHLEEN  SHAVER,
individually  and  on  behalf
of   all   others   similarly
situated,   DOLORES   STUBBS,
individually  and  on  behalf
of   all   others   similarly
situated,    and    KAREN
VOSGAIAN,  individually  and
on  behalf  of  all  others
similarly situated,

          Plaintiffs,

v.                                    Case No:  2:16-cv-245-FtM-29MRM

21ST CENTURY ONCOLOGY, LLC,
jointly and severally, 21ST
CENTURY   ONCOLOGY,   INC.,
jointly and severally, 21ST
CENTURY ONCOLOGY MANAGEMENT
SERVICES, INC., jointly and
severally,   21ST   CENTURY
ONCOLOGY   SERVICES,   LLC,
jointly and severally, and
21ST    CENTURY    ONCOLOGY
HOLDINGS, INC., jointly and
severally,

Defendants.

_____

MARY BARBIERI, individually
and on behalf of all others
similarly situated,

      Plaintiff,

v.                                 Case No: 2:16-cv-252-FtM-99MRM

21ST   CENTURY   ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

WILHELM           RADAUSCHER,
individually  and  on  behalf
of   all   others   similarly
situated,        ELIZABETH
CETRULO, individually and on
behalf   of   all    others
similarly  situated,   and
DAVID            GLICKMAN,
individually and  on behalf
of   all   others   similarly
situated,

      Plaintiffs,

v.                                 Case No: 2:16-cv-257-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

      Defendant.

_____

MAUREEN            TRELEASE,
individually  and  on  behalf
of     others     similarly
situated,

      Plaintiff,

v.                                 Case No: 2:16-cv-258-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

       Defendant.

_____

GEORGE              DELGADO,
individually  and  on  behalf
of   all   others   similarly
situated,

       Plaintiff,

v.                                      Case No: 2:16-cv-259-FtM-99MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

       Defendant.

_____

TIMOTHY          MEULENBERG,
individually  and  on  behalf
of others similarly situated
and    SHARON    MACDERMID,
individually  and  on  behalf
of      others      similarly
situated,

       Plaintiffs,

v.                                      Case No: 2:16-cv-332-FtM-29MRM

21ST    CENTURY    ONCOLOGY
HOLDINGS, INC.,

       Defendant.

_____

GAYLE         BIRKEN-SIKORA,
individually  and  on  behalf
of      others      similarly
situated, MATTHEW   SIKORA,
individually  and  on  behalf
of      others      similarly
situated,   SUSAN    LEWIN,

individually and on behalf of others similarly situated, JEFFREY LEWIN, individually and on behalf of others similarly situated, JON LOKIETZ, individually and on behalf of others similarly situated, CARYN BENDETOWIES, individually and on behalf of others similarly situated, and RITA MARX, individually and on behalf of others similarly situated,

       Plaintiffs,

v.                        Case No: 2:16-cv-334-FtM-99CM

21ST CENTURY ONCOLOGY HOLDINGS, INC., 21ST CENTURY ONCOLOGY, LLC, 21ST CENTURY ONCOLOGY, INC., 21ST CENTURY ONCOLOGY MANAGEMENT SERVICES, INC., and 21ST CENTURY ONCOLOGY SERVICES, LLC,

       Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation, filed July 21, 2016 in each of the above-captioned cases, recommending that the Motions to Consolidate be granted in part and denied in part and that the

Motions for Appointment of Interim Class Counsel be denied as moot.
No objections have been filed and the time to do so has expired.[1]

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.   28 U.S.C. §
636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).   In the absence of specific
objections, there is no requirement that a district judge review
factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in
whole or in part, the findings and recommendations, 28 U.S.C. §
636(b)(1)(C).   The district judge reviews legal conclusions *de
novo*, even in the absence of an objection.   See Cooper-Houston v.
S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v.
Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d
116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge.

---

[1] The Court notes that on July 29, 2016, a related case was
transferred from the United States District Court for the Southern
District of Florida. See Benzion v. 21st Century Oncology, LLC,
Case No. 2:16-cv-00591-UA-MRM.   The Agreed Motion to Consolidate
and Stay Deadlines in Benzion, requesting the same relief
recommended by the Magistrate Judge, will be addressed by separate
Order.

Accordingly, it is now

**ORDERED:**

1.    The Report and Recommendation is hereby **adopted** and the findings incorporated herein.

2.    Plaintiffs' Motions to Consolidate are **GRANTED in part and DENIED in part.**

3.    The Clerk is directed to consolidate the cases as set forth in the Report and Recommendation.

4.    All other pending motions, including plaintiffs' Motions for Appointment of Interim Class Counsel, are **denied as moot** with leave to re-file in the consolidated case within fourteen days of this Opinion and Order.

**DONE and ORDERED** at Fort Myers, Florida, this __10th__ day of August, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE


Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties